1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HENRY WASHINGTON ,                              1: 06 CV 01855 AWI  WMW HC

        Petitioner,

                                                ORDER GRANTING PETITIONER'S
    v.                                               MOTION TO DISMISS

                                                [Doc. 3]

JAMES E. TILTON,

        Respondent.
_____/

      Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

      On December 21, 2007, Petitioner filed his petition in this court. On the same day, he filed a request for the court to return the petition to him without filing it. Unfortunately, the petition had already been filed and could not be return. Therefore, the court will construe Petitioner's request as a motion requesting dismissal of this action without prejudice. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, an action may be dismissed by a party without permission of the court at any time before an answer is served by the adverse party.  The rule further provides that unless otherwise stated, such a dismissal is without prejudice, except that a second such voluntary dismissal operates as an adjudication on the merits. In this case, Respondent has not yet filed an answer.

1  Accordingly, Petitioner's motion to dismiss is HEREBY GRANTED and this action is DISMISSED.

3  IT IS SO ORDERED.

4  **Dated:    March 16, 2007**                          **/s/ Anthony W. Ishii**
   0m8i78                                              UNITED STATES DISTRICT JUDGE